**Electronically Filed
Supreme Court
SCWC-18-0000070
16-SEP-2021
10:54 AM
Dkt. 10 ODAC**

SCWC-18-0000070

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TOBY J. STANGEL,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000070; CR. NO. 1PC111000803; S.P.P. NO. 1PR161000029)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Petitioner-Appellant's Application for Writ
of Certiorari filed on July 19, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 16, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

